UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMIE ROSASCHI,<br><br>                Petitioner,<br>    v.<br>HAROLD WICKHAM, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00443-MMD-WGC<br><br>ORDER |

Petitioner has paid the filing fee. He has also submitted a motion for appointment of counsel. Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B).

It is therefore ordered that the Clerk of the Court file the petition for a writ of habeas corpus and the motion for appointment of counsel.

It is further ordered that petitioner's motion for appointment of counsel is granted. The Federal Public Defender is provisionally appointed to represent petitioner.

It is further ordered that the Federal Public Defender will have thirty (30) days from the date that this order is entered to undertake direct representation of petitioner or to indicate to the Court his inability to represent petitioner in these proceedings. If the Federal Public Defender does undertake representation of petitioner, he will then have sixty (60) days to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent petitioner, then the Court will appoint alternate counsel.

It is further ordered that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

It is further ordered that the Clerk add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

It is further ordered that the Clerkl electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of this order.

It is further ordered that respondents' counsel shall enter a notice of appearance within twenty (20) days of entry of this order, but no further response will be required from respondents until further order of the Court.

It is further ordered that any exhibits filed by the parties msut be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further must be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. The hard copy of any additional state court record exhibits must be forwarded — for this case — to the staff attorneys in Las Vegas.

DATED THIS 13th day of October, 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE